MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Jesse Davenport

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JESSE DAVENPORT,<br><br>   Defendants. | Case No. 2:13-CR-00399-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

  Defendant Jesse Davenport by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, May 15, 2014 at 9:00 a.m. to Thursday, May 22, 2014 at 9:oo a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rules T2 and T4.

  The continuance is requested to continue to review the  of discovery in this matter and discuss the appropriate defense strategy with the defendant,  conduct additional investigation and discuss settlement options.

  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 12, 2014    The CHASTAINE LAW OFFICE

            By: _____/s/ Michael Chastaine
              MICHAEL CHASTAINE
              Attorney for Jesse Davenport

1

Dated: May 12, 2014                        BENJAMIN B. WAGNER
                                           United States Attorney

                                           By:    /s/ Kyle Reardon
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

The status conference scheduled for Thursday, May 15, 2014 at 9:00 a.m. is continued to Thursday, May 22, 2014 at 9:00 a.m. and that the period from May 15 , 2014, to May 22, 2014, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  May 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT