MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Jesse Davenport

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13 CR 399 MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERNCE |
| v. ) | |
| JESSE DAVENPORT, ) | |
| Defendants. ) | |

Defendant Jesse Davenport by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, June 26, 2014 at 9:00 a.m. to Thursday, July 31, 2014 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

The continuance is requested to allow the defense expert time to review the forensic evidence, have it evaluated by defense counsel and review it with the defendant.  Further, the defense needs additional time to discuss the appropriate defense strategy with the defendant, conduct additional investigation and discuss settlement options.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 24, 2014                          The CHASTAINE LAW OFFICE

                                              By: _____/s/ Michael Chastaine_____
                                                     MICHAEL CHASTAINE
                                                     Attorney for Jesse Davenport


Dated: June 24, 2014                          BENJAMIN B. WAGNER
                                              United States Attorney

                                              By: _____/s/ Kyle Reardon_____
                                                     KYLE REARDON
                                                     Assistant U.S. Attorney




<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, June 26, 2014 at 9:00 a.m. is continued to Thursday, July 31, 2014 at 9:00 a.m. and that the period from June 26, 2014 to July 31, 2014 is excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


Dated:  June 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT