BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00399 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JULY 24, 2014, TO AUGUST 28, 2014** |
| JESSE DAVENPORT, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 24, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until August 28, 2014, and to exclude time between July 24, 2014, and August 28, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes several hundred pages of discovery.  Included with this discovery is a significant

1 amount of computer evidence. All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.
3       b. Counsel has been unable to devote the time necessary to evaluate the
4 evidence. In particular, counsel needs additional time to coordinate with the government
5 a review of the seized digital evidence.
6       c. Counsel for defendant believes that failure to grant the above-requested
7 continuance would deny him the reasonable time necessary for effective preparation,
8 taking into account the exercise of due diligence.
9       d. The government does not object to the continuance.
10       e. Based on the above-stated findings, the ends of justice served by continuing
11 the case as requested outweigh the interest of the public and the defendant in a trial
12 within the original date prescribed by the Speedy Trial Act.
13       f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
14 3161, et seq., the time period of July 24, 2014 to August 28, 2014, inclusive, is deemed
15 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
16 from a continuance granted by the Court at defendant's request on the basis of the
17 Court's finding that the ends of justice served by taking such action outweigh the best
18 interest of the public and the defendant in a speedy trial.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation and Order
United States v. Davenport
2:13-CR-00399 MCE

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 22, 2014                              Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                            By:   /s/ Kyle Reardon
                                                  KYLE REARDON
                                                  Assistant U.S. Attorney

Dated: July 22, 2014                              /s/ Kyle Reardon for
                                                  MICHAEL CHASTAINE
                                                  Attorney for the Defendant

Stipulation and Order
United States v. Davenport
2:13-CR-00399 MCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00399 MCE |
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS CONFERENCE FROM JULY 24, 2014, UNTIL AUGUST 28, 2014** |
| JESSE DAVENPORT, | |
| Defendant. | |

The parties' stipulation is approved and so ordered. The time beginning July 24, 2014, until August 28, 2014, is excluded from the calculation of time under the Speedy Trial Act. For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

///

///

///

///

///

///

1 | The interests of justice served by granting this continuance outweigh the best interests of
2 | the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3 |     IT IS SO ORDERED.
4 | Dated:  July 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT