MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Jesse Davenport

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESSE DAVENPORT,<br><br>　　　　　Defendants. | Case No.: 2:13 CR 399 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　Defendant Jesse Davenport by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 4, 2014 at 9:00 a.m. to Thursday, September 25 31, 2014 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　The continuance is requested to allow the defense expert time to review the forensic evidence, have it evaluated by defense counsel and review it with the defendant.  Further, the defense needs additional time to discuss the appropriate defense strategy with the defendant, conduct additional investigation and discuss settlement options.

It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: August 26, 2014                                         The CHASTAINE LAW OFFICE

                                                               By:      /s/ Michael Chastaine
                                                                    MICHAEL CHASTAINE
                                                                    Attorney for Jesse Davenport


Dated: August 26, 2014                                         BENJAMIN B. WAGNER
                                                               United States Attorney

                                                               By:     /s/ Kyle Reardon
                                                                    KYLE REARDON
                                                                    Assistant U.S. Attorney


### ORDER

Good cause appearing and pursuant to the stipulation of the parties (ECF No. 22), the status conference scheduled for Thursday, September 4, 2014 at 9:00 a.m. is CONTINUED to Thursday, September 25, 2014 at 9:00 a.m. and the period from September 4, 2014 to September 25, 2014 is EXCLUDED from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  September 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT