MICHAEL CHASTAINE, State Bar #121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Phone: (916) 932-7150
Fax: (916) 526-2677
Email: Mike@Chastainelaw.net

Attorneys for Defendant Jesse Davenport

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>  v.<br><br>JESSE DAVENPORT,<br>      Defendant. | Case No.: 2:13 CR 399 MCE<br><br>STIPULATION AND PROTECTIVE ORDER CONCERNING FORENSIC COMPUTER EVALUATION |

STIPULATION AND [PROPOSED] ORDER

    IT IS HEREBY STIPULATED BETWEEN THE PARTIES, AND ORDERED AS FOLLOWS:

    1.    The Federal Bureau of Investigation has made a duplicate copy of the electronic media seized in this case, including cellular telephones, available for analysis by the defense;

    2.    Digital evidence recovered from the cellular telephones shall be made available for defense counsel, Michael L. Chastaine, and defendant's proposed expert, Robert Beegle, DeltaPhase, Inc., to review at the High Tech Task Force offices in Sacramento, California, or at any other law enforcement location acceptable to all of the parties, for the purpose of

1  preparing for the defense of the above-entitled action. Subject to confirmation by
2  government experts that the defense examination will not alter their contents, the cellular
3  telephones seized in this case will also be provided for defense review. The data stored on
4  the cellular telephones shall not be viewed by any other person;

5      3. A private room will be provided for the defense examination. No Government
6  agents will be inside the room during the examination;

7      4. The expert will be permitted to bring whatever equipment, books, or records he
8  believes may be necessary to conduct the examination;

9      5. Neither the defense expert nor the defense attorney shall remove the cellular
10 telephones, any digital evidence recovered from the cellular telephones, or any other storage
11 media from the confines of the law enforcement office;

12     6. With the exception of the materials that would be considered child pornography
13 under federal law (including visual depictions and data capable of conversion into a visual
14 depiction), the expert may download and remove files or portions of files, provided the
15 forensic integrity of the cellular telephones or other digital evidence is not altered. The expert
16 will certify in writing (using the attached certification), that he has taken no materials which
17 would be considered child pornography, (under federal law), and that he has not caused any
18 child pornography to be sent from the law enforcement premises by any means, including by
19 any electronic transfer of files;

20     7. Except when a defense expert fails to provide this certification, no government
21 agent, or any person connected with the government, will examine or acquire in any fashion
22 any of the items used by the expert in order to conduct the defense analysis. Should a defense
23 expert fail to certify that the expert has not copied or removed child pornography, or data
24 capable of being converted into child pornography, government agents may then inspect or
25

1  examine the materials in order to ensure that prohibited child pornography has not been
2  removed;

3      8.    When the defense indicates that it is finished with its review, any copies of the
4  digital evidence used by the defense shall be "wiped" clean;

5      9.    At any legal proceeding at which the electronic media or the cellular telephones
6  subject to this order shall be offered in evidence, including but not limited to a criminal trial,
7  the defendant, Jesse Davenport, hereby expressly waives: (i) any challenge to the chain of
8  custody of such electronic media and cellular telephones as a result of the examination
9  permitted by this order; (ii) any argument that such electronic media and cellular telephones
10 are not in substantially the same condition as they were at the time of any earlier examination
11 performed by law enforcement agents, as a result of the examination permitted by this order;
12 and (iii) any argument that such electronic media and cellular telephones are otherwise
13 inadmissible as evidence as a result of the examination permitted by this order; and

14     10.    Any disputes regarding the above or problems implementing this Order shall be
15 brought to the attention of the Court through representative counsel after first consulting
16 opposing counsel.

17 Dated: September 26, 2014.                    THE CHASTAINE LAW OFFICE

19                                              By:   //Michael Chastaine_____
20                                                    Michael L. Chastaine
                                                      Attorney for Defendant,
21                                                    Jesse Davenport

22 Dated: September 26, 2014.                    UNITED STATES ATTORNEY

23
                                                By:   //Andre Espinosa_____
24                                                    Andre Espinosa
                                                      Assistant United States Attorney
25

---

Stipulation and Proposed Protective Order                                 Case No. 2:13 CR 399 MCE
Regarding Defense Forensic Computer Evaluation

1
2
3   **IT IS SO ORDERED.**
4   Dated:  September 29, 2014.
5
                                                    _____
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4      IN THE UNITED STATES DISTRICT COURT
5      EASTERN DISTRICT OF CALIFORNIA
6
7  UNIFIED STATES OF AMERICA,           ) Case No.: 2:13 CR 399 MCE
            Plaintiff,                  )
8                                       )
            v.                           )
9                                       )
10 JESSE DAVENPORT,                     )
                                         )
11          Defendant.                   )
                                         )
12                                       )
13                      **CERTIFICATION**

14     I, Robert Beegle, dba DeltaPhase, Inc., certify, under penalty of perjury, that I have not

15 copied or removed any images of child pornography or data capable of being converted into

16 images of child pornography, or caused the same to be transferred electronically (or by any

17 other means), to any other location during the course of my review of the evidence in this

18 case.

19
20
21 Dated: _____, 2014.       _____
                                          Robert Beegle
22
23
24
25

---
Stipulation and Proposed Protective Order                          Case No. 2:13 CR 399 MCE
Regarding Defense Forensic Computer Evaluation