HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
JESSE DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:13-CR-00399 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| JESSE DAVENPORT, | ) ) | Date: February 5, 2015 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through, Matthew Morris Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Jesse Davenport, that the status conference scheduled for December 18, 2014 be vacated and be continued to February 5, 2015 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition. Additionally, defense counsel has a family emergency and will not be available on the presently set date. Further, counsel prefers this case not be reassigned and requests the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 5, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: December 11, 2014 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Heather E. Williams__for<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for Jesse Davenport |
| DATED: December 11, 2014 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ by Heather E. Williams with consent<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The time from the date the parties stipulated, up to and including February 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The December 18, 2014 status conference shall be continued until February 5, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 16, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT