UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

The Court is in receipt of pro se Defendant Jesse Davenport's unopposed Ex Parte Request for In Forma Pauperis Funds and Additional Law Library Research Time (ECF No. 40) ("Request"). In order to prepare his defense, Defendant requests $300 of prepaid phone time, $50 to purchase glasses with plastic frames, and additional library time of up to 6 hours. Defendant's first request is DENIED without prejudice because he has been approved funding for an investigator and a paralegal who can perform the tasks Defendant describes. His request for funding for glasses is also DENIED without prejudice because, based on Defendant's explanation as to why he needs the lenses, it appears they are unnecessary to prepare his defense, but are instead likely to be needed if there is a trial. Defendant may renew his request when a trial date is confirmed.

///

Finally, good cause having been shown, Defendant's request for additional library time is GRANTED. Defendant shall be permitted to use the prison law library for no less than 6 hours per week.

　　　　IT IS SO ORDERED.

DATED: May 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT