IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JESSE DAVENPORT,<br><br>   a/k/a Draco John Flama,<br><br>   Defendant. | CASE NO.  2:13-CR-0399 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 13, 2015, TO AUGUST 2O, 2015, AND SETTING BRIEFING SCHEDULE** |

   The parties' stipulation is approved and **SO ORDERED**.  Concerning the pretrial motions filed by defendant Jesse Davenport on July 16, 2015, the government shall file any opposition no later than July 30, 2015; and defendant Jesse Davenport shall file any reply no later than August 13, 2015.  The Court will hear argument on the motions, if necessary, on August 20, 2015.

///

///

///

///

///

///

1  Further, the time beginning August 13, 2015, until August 20, 2015, is excluded
2 from the calculation of time under the Speedy Trial Act.  For the reasons contained in the
3 parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking
4 into account the exercise of due diligence and to permit the Court adequate time to decide
5 defendant Jesse Davenport's pre-trial motions.  18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local
6 Code T4); 8 U.S.C. § 3161(h)(1)(D) (Local Code E).  The interests of justice served by
7 granting this continuance outweigh the best interests of the public and the defendant in a
8 speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated:  July 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT