IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JESSE DAVENPORT,<br><br>    a/k/a Draco John Flama,<br><br>      Defendant. | CASE NO. 2:13-CR-0399 MCE<br><br>**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS FROM NOVEMBER 5, 2015, UNTIL DECEMBER 3, 2015, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

     This matter is before the Court on the motion by defendant Jesse Davenport ("Defendant") to continue until December 3, 2015, the hearing on Defendant's motion to suppress evidence, which was scheduled by previous order of the Court for November 5, 2015. The United States, through its counsel, Assistant United States Attorney André M. Espinosa, has indicated that it does not object to Defendant's motion to continue that hearing until December 3, 2015. Additionally, the Court finds, based on Defendant's claims that this continuance is necessary to permit him to adequately prepare his defense and with no objection from the United States, that the time beginning November 5, 2015, until December 3, 2015, is excluded from the calculation of time under the Speedy Trial Act.

1. This exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence and to permit the Court adequate time to decide Defendant's pre-trial motion. 18 U.S.C.§ 3161(h)(7)(A), B(iv) (Local Code T4); 8 U.S.C. § 3161(h)(1)(D) (Local Code E). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

DATED: October 28, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT