UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

The Court is in receipt of pro se Defendant Jesse Davenport's Ex Parte Request for additional library time and access for permission to obtain additional printed pages (ECF No. 99) ("Request"). That Request is DENIED.

IT IS SO ORDERED.

Dated: February 12, 2016

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT