UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

The Court is in receipt of pro se Defendant Jesse Davenport's Ex Parte Request to be Transferred (ECF No. 130) and Request for Special Stationary Supplies (ECF No. 141) ("Requests"). Those Requests are DENIED.

IT IS SO ORDERED.

Dated: May 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1