IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE DAVENPORT,<br><br>    a/k/a Draco John Flama,<br><br>    Defendant. | CASE NO.  2:13-CR-0399 MCE<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO SEAL DOCKET ENTRY 140** |

    This matter is before the Court on the motion by the United States to seal Docket Entry 140, which was filed on May 3, 2016, by Defendant Jesse Davenport, a/k/a Draco John Flama ("Defendant"), and which identifies, by full name, a minor victim of one of Defendant's prior criminal convictions for a sex offense.  The Court finds that:

1. Federal Rule of Criminal Procedure 49.1(a)(2) requires any party in an action in this Court to refer to "the name of an individual known to be a minor" by the minor's initials only. Likewise, Local Rule 140(a)(i) requires that reference to all minors in criminal actions be by the minors' initials only.

2. In a May 3, 2016 filing captioned: "ADDENDUM TO DEFENDANT'S REPLY TO THE UNITED STATE'S [sic] OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE," Defendant includes the full name of C.M., the victim of Defendant's February 8, 2011, conviction, in Butte County Superior Court, case number

1 | CM033391, for violation of California Penal Code § 288a(b)(1) – oral copulation of a person under the age of 18, a felony.

3. This Court is authorized to seal documents upon the showing required by applicable law. <u>See</u> Local Rule 141(a) of the Local Rules of the United States District Court for the Eastern District of California.

Based on the above, the Court also finds that sealing of Docket Entry 140 is appropriate to avoid injury to C.M. and to protect C.M.'s privacy and comply with federal law and other authority.

Accordingly, and for good cause shown, it is hereby ordered that, the United States' Motion to Seal Docket Entry 140 is GRANTED.  Docket Entry 140 shall be immediately and permanently sealed, subject only to a motion to unseal, and finding of good cause, pursuant to Local Rule 141(f).  Not later than ten (10) days following the date this Order is electronically filed, Defendant shall re-file Docket Entry 140 with C.M.'s name redacted in compliance with Federal Rule of Criminal Procedure 49.1(a)(2).  Failure to comply with this Order will result in Docket Entry 140 being stricken from the docket.  Going forward, Defendant shall refrain from identifying any victims of his prior sex-offense convictions or any alleged victims in the matter currently pending before this Court unless such identification is in strict compliance with Federal Rule of Criminal Procedure 49.1(a)(2).  Finally, Defendant's Court-appointed paralegal shall review any filings by Defendant, before they are filed, to ensure compliance with Federal Rule of Criminal Procedure 49.1(a)(2), and certify such compliance in writing.

IT SO ORDERED.

Dated: May 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE