UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JESSE DAVENPORT,<br><br>                    Defendant. | No.  2:13-cr-00399-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: August 18, 2016<br>TIME: 9:00 a.m. |

The Court makes the following findings and orders:

I.   DATE AND LENGTH OF TRIAL

A Trial Confirmation and Motions in Limine Hearing is scheduled on August 18, 2016, at 10:00 a.m., in courtroom 7.  A jury trial is scheduled on September 12, 2016, at 9:00 a.m., in courtroom 7.  The estimated length of trial is six (6) days.  The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court.  The United States of America will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

II.   MOTIONS IN LIMINE

Any motions in limine by either party shall be filed by July 7, 2016.  Any opposition to those motions in limine shall be filed by July 21, 2016.  Any reply shall be filed by August 4, 2016.

III.  **AGREED STATEMENTS - JOINT STATEMENT OF CASE**

It is <u>mandatory</u> the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial.  The joint statement of the case shall include in plain concise language the claims of the United States of America and claims of other parties, if any, and the Defendant to the claims.  The purpose of the joint statement of the case is to inform the jury at the outset what the case is about.  The statement must be filed by August 4, 2016.

IV.  **WITNESSES**

The parties are ordered to file their respective witness lists on August 4, 2016.  Each party may call a witness designated by the other.  The parties must expressly reserve the right to call additional witnesses at trial.

V.  **EXHIBITS - SCHEDULES AND SUMMARIES**

The parties are ordered to file their respective exhibit lists on August 4, 2016.  The parties must expressly reserve the right to offer additional exhibits at trial.

**The United States of America's exhibits shall be listed numerically. Defendant's exhibits shall be listed alphabetically.**  The parties shall use the standard exhibit stickers provided by the Court Clerk's Office.  After three letters, note the number of letters in parenthesis (i.e., "AAAA(4)") to reduce confusion during the trial.  All multi-page exhibits shall be stapled or otherwise fastened together and each page within the exhibit shall be numbered.  **All photographs MUST marked individually**.

Each party may use an exhibit designated by the other.  In the event that The United States of America and the Defendant offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is <u>first identified</u>.  The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States of America and the Defendant.

///

///

VI.    PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM

   A.    Jury Instructions

Counsel shall primarily use the Ninth Circuit Model Jury Instructions and any revisions. However, instructions or authority may be submitted for the Court for approval. Attached for the parties' review are the Court's standard opening and closing instructions for your use, taken from the Ninth Circuit's Model Jury Instructions. If the parties have no objections to the Court's use of these opening and closing instructions, the parties need not submit their own opening and closing instructions.

The instructions must be filed by August 4, 2016, and shall be identified as the "Jury Instructions Without Objection."

All instructions shall be, to the extent possible, concise, understandable, and free from argument. See Local Rule 163(c). The parties shall also note that any modifications of instructions from statutory authority, case law or from any form of pattern instructions must specifically state the modification by underlining additions and bracketing deletions.

   B.    Verdict Form

The parties are ordered to file their respective proposed verdict form(s) on August 4, 2016.

   C.    Voir Dire

The parties are ordered to file their respective proposed voir dire on August 4, 2016. The Court reserves the right to conduct all examination of prospective jurors. Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct further voir dire, if desired. The voir dire questions shall be filed with the Court by August 4, 2016.

///
///
///
///

D. Submission of Documents to the Court

At the time of filing their respective proposed jury instruction(s), verdict form(s) and witness list(s), the parties shall also electronically mail these filings to the Court, in Microsoft Word format.  **These documents MUST be sent to: mceorders@caed.uscourts.gov.**

VII. CHOICE NOT TO FILE DOCUMENTS

Should either party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court in writing by July 7, 2016, that it will not be filing such documents.

Dated: May 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE