UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

The Court is in receipt of pro se Defendant Jesse Davenport's Ex Parte Request for additional research time and copies of jail policies (ECF No. 155) ("Request"). Defendant's first request is GRANTED, and he shall be permitted no less than 12 hours per week of legal research until completion of his trial.

///
///
///
///
///
///
///
///

1

1  Defendant's request for copies of jail policies is DENIED.

2      IT IS SO ORDERED.

3  Dated:  June 8, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE