1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            No.  2:13-CR-00399-MCE-1

12                  Plaintiff,

13          v.                            **ORDER**

14   JESSE DAVENPORT, aka Draco John
     Flama,
15
                     Defendant.
16

17          On June 9, 2016, this Court issued an order directing that pro se Defendant Jesse

18   Davenport be permitted no less than twelve (12) hours of legal research per week.  The

19   Court has since received a report (Exhibit A, attached hereto) from Deputy Joe Caples,

20   the deputy overseeing the law library at the Sacramento County Main Jail where

21   Defendant is housed, indicating that: (1) Defendant is in protective custody and granting

22   him any additional time in the law library will necessarily result in restrictions on the

23   access of other inmates; (2) Defendant is not currently using his time efficiently to mount

24   a defense in his own case; and (3) Defendant is disrupting jail staff.  Given the security

25   concerns raised, the Jail's finite resources, and the fact that Defendant has purportedly

26   squandered much of the legal research time previously granted, the Court's prior order

27   (ECF NO. 156) is REVOKED.

28   ///

1  Effective immediately and until the completion of trial, Defendant shall be permitted no

2  less than four (4) hours per week of legal research time.  United States v. Robinson, 913

3  F.2d 712, 717 (9th Cir. 1990) ("A pro se defendant's right of 'some access' to resources

4  to aid the preparation of his defense must . . . be balanced against security

5  considerations and the limitations of the penal system.").

6      IT IS SO ORDERED.

7  Dated:  June 21, 2016

8

9  _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18                          EXHIBIT A
19
20
21
22
23
24
25
26
27
28