```
Jesse Davenport
Xref:4909430
651 I Street
Sacramento, CA 95814

In Pro Per
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JESSE DAVENPORT,<br><br>            Defendant. | No.  2:13-CR-00399-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE JURY TRIAL** |

    Defendant, JESSE DAVENPORT, in pro per, and the United States by and through its undersigned counsel, hereby stipulate and request that the jury trial, currently schedule to begin Monday, September 12, 2016 at 9:00 am be continued to Monday, September 26, 2016.  The trial confirmation and motions in limine hearing will remain scheduled for Thursday, August 18, 2016 at 10:00 am.

    A continuance is necessary because the defendant's court appointed investigator and cell phone expert are unavailable from September 7, 2016 to September 13, 2016 due to previously made plans.  The defendant needs the assistance of his investigator

and to consult with his cell phone expert in order to adequately prepare for trial and the short continuance requested herein will provide him the opportunity to do so.

The parties further stipulate that the failure to grant a continuance in this matter would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from the date of this stipulation, June 14, 2016, up to and including September 26, 2016, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow the defendant reasonable time to prepare.

Accordingly, the defendant and the United States agree and request that the jury trial in the above referenced case should be continued to Monday, September 26, 2016 at 9:00 am. The trial confirmation and motions in limine hearing will remain on Thursday, August 18, 2016 at 10:00 am.

Dated: June 14, 2016                PHILLIP A. TALBERT
                                    Acting United States Attorney


                                    By:/s/ Andre Espinosa
                                    ANDRE ESPINOSA
                                    Assistant U.S. Attorney

Dated: June 14, 2016                /s/ Jesse Davenport
                                    JESSE DAVENPORT, In Pro Per

2

**ORDER**

Pursuant to the stipulation of the parties, the jury trial currently scheduled to begin Monday, September 12, 2016, at 9:00 am, is VACATED and CONTINUED to Monday, September 26, 2016 at 9:00 am. The trial confirmation and motions in limine hearing will remain on Thursday, August 18, 2016 at 10:00 am.

The Court finds that the failure to grant such a continuance would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must commence under the Speedy Trial Act is excluded from June 14, 2016, up to and including the date of the jury trial, September 26, 2016, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv), Local Code T-4, to allow the defendant reasonable time to prepare for trial. The Court further finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h) (7) (A) and (B) (IV) and Local Code T-4.

IT IS SO ORDERED.

Dated: June 20, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE