UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

On June 21, 2016, this Court issued an order directed that pro se Defendant Jesse Davenport be permitted no less than four (4) hours per week of legal research. Defendant subsequently filed a Motion for Reconsideration (ECF No. 168) requesting that he be permitted not less than twelve (12) hours of legal research time.  According to Defendant: (1) his protective custody status is irrelevant to how much time he is permitted in the law library because it does not affect decisions made within the jail regarding whether other inmates may access the law library at the same time as him; (2) allowing Defendant twelve hours of access will not necessarily limit the library access of other inmates; (3) Defendant has provided only minimal assistance to other inmates during his library time; and (4) Defendant does not disrupt jail staff unless he needs to use the restroom, in which case he "simply ask[s] the jail staff to see to [his] welfare . . . which is what they are paid to do."

1

Defendant is in no position to determine how his protective custody status affects his law library access or how his presence in the law library may affect the access of other inmates. For obvious reasons, those decisions are left to jail staff, not to detainees. In addition, Defendant has admitted that he did not focus on his own criminal case during his limited time in the law library. The purpose of the Court's orders permitting Defendant expanded access to legal research time was to ensure that he could adequately prepare to defend himself against significant federal charges, not so that he could work on grievances or assist other inmates. That said, the Court has received correspondence from jail staff indicating that after a brief period of outbursts following issuance of the Court's last order, Defendant has been quite respectful to jail staff. Based on this change in circumstances, the Court GRANTS Defendant's motion (ECF No. 168) in part. Effective immediately and until the completion of trial (or further order of this court), Defendant shall be permitted no less than six (6) hours per week of legal research time. United States v. Robinson, 913 F.2d 712, 717 (9th Cir. 1990) ("A pro se defendant's right of 'some access' to resources to aid the preparation of his defense must . . . be balanced against security considerations and the limitations of the penal system."). Of course, this Order does not preclude jail staff from providing Defendant more legal research time as security considerations and other limitations within the jail permit.

IT IS SO ORDERED.

Dated: July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE