PHILLIP A. TALBERT
Acting United States Attorney
ANDRÉ M. ESPINOSA
TIMOTHY H. DELGADO
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>JESSE DAVENPORT,<br><br>       a/k/a Draco John Flama,<br><br>                              Defendant. | CASE NO. 2:13-CR-00399-MCE<br><br>**STIPULATION AND ORDER CONTINUING VARIOUS PRETRIAL DATES SET FORTH IN THE COURT'S MAY 20, 2016 ORDER**<br><br>[ECF No. 154] |

**STIPULATION**

Plaintiff United States of America, by and through its undersigned counsel, and Defendant Jesse Davenport, pro se, hereby stipulate as follows:

1.   On May 20, 2016, the Court issued a Final Pretrial Order that established deadlines and hearing dates for various pretrial matters. (ECF No. 154.)

2.   By previous stipulation, the parties jointly moved to reset the trial date to accommodate Defendant's investigator and cell-phone expert. (ECF No. 158.) The Court granted that request and ordered the trial continued to September 26, 2016. (ECF No. 160.)

3.   On or about July 6, 2016, Defendant filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit, from an order of this Court that concerned Defendant's allotted time in the law library at the Sacramento County Main Jail. (ECF Nos. 159, 161.)

STIPULATION AND ORDER                                                 1

4. On July 18, 2016, Defendant moved to voluntarily dismiss his interlocutory appeal. The Court of Appeals granted that request and dismissed the appeal on July 25, 2016.

5. At around the same time, Defendant moved this Court for reconsideration of its order concerning his allotment of law library time in the Sacramento County Main Jail. (ECF No. 168; see also ECF No. 172 (United States' Partial Opposition to Def.'s Mot. for Reconsideration, July 27, 2016.) That motion remains pending.

6. The parties desire to maintain the September 26, 2016 trial date. To accomplish that, the parties agree and stipulate that the following deadlines and hearing dates set forth in the Court's Final Pretrial Order be continued as follows:

   a. Motions in Limine: The last day for either party to file motions in limine shall be continued to August 4, 2016. Any opposition to those motions in limine shall be filed by August 18, 2016. Any reply must be filed by August 25, 2016.

   b. Joint Statement of the Case: The parties must file a joint statement of the case by August 25, 2016.

   c. Witnesses: The parties must file their respective witness lists on August 25, 2016.

   d. Exhibits: The parties must file their respective exhibit lists on August 25, 2016.

   e. Proposed Jury Instructions, Voir Dire, Verdict Form: The parties must file their respective proposed jury instructions, proposed verdict forms, and proposed voir dire by August 25, 2016.

   f. Trial Confirmation Hearing: The Trial Confirmation and Motions in Limine Hearing shall be continued to September 8, 2016, at 10:00 a.m. in Courtroom 7.

   g. Trial Briefs: The parties shall file their respective trial briefs on September 12, 2016.

7. The parties agree that all other dates and deadlines set forth in the Final Pretrial Order should remain unchanged.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER

2

1  8. The parties agree that time under the Speedy Trial Act has already been excluded through
2  September 26, 2016 by previous order. (ECF No. 160.)
3  **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 28, 2016    PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Timothy H. Delgado*
ANDRE M. ESPINOSA
TIMOTHY H. DELGADO
Assistant United States Attorneys

Dated: July 29, 2016    */s/ Jesse Davenport*
JESSE DAVENPORT
Defendant, Pro Se

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSE DAVENPORT,<br><br>　a/k/a Draco John Flama,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 2:13-CR-00399-MCE<br><br>**ORDER CONTINUING VARIOUS PRETRIAL DATES SET FORTH IN THE COURT'S MAY 20, 2016 ORDER** |

　　　　This matter is before the Court on the parties' joint stipulation to continue various pretrial dates established in the Final Pretrial Order. (ECF No. 154.) This case is set for trial on September 26, 2016, at 9:00 a.m. in Courtroom 7. The parties represent that to maintain the trial date, various deadlines will need to be continued in light of Defendant's recent interlocutory appeal to the U.S. Court of Appeals for the Ninth Circuit, and his subsequent dismissal of that appeal. Accordingly, the Court finds:

　　　　1.　On July 6, 2016, Defendant filed a notice of appeal with the Court of Appeals, from an order that concerned Defendant's allotted time in the law library at the Sacramento County Main Jail.

　　　　2.　On July 18, 2016, Defendant moved to voluntarily dismiss his interlocutory appeal. The Court of Appeals granted that request and dismissed the appeal on July 25, 2016.

　　　　3.　At the same time, Defendant moved for reconsideration of the Court's order concerning his allotment of law library time in the Sacramento County jail. On July 29, 2016, that motion was granted

in part and denied in part by way of an order electronically filed on August 1, 2016, the same date as the parties' above stipulation was filed.

    4. The parties desire to maintain the September 26, 2016 trial date. To accomplish that, the Court finds that the following deadlines and hearing dates established in the Final Pretrial Order be continued as follows:

    a. <u>Motions in Limine</u>: The last day for either party to file motions in limine shall be continued to August 4, 2016. Any opposition to those motions in limine shall be filed by August 18, 2016. Any reply must be filed by August 25, 2016.

    b. <u>Joint Statement of the Case</u>: The parties must file a joint statement of the case by August 25, 2016.

    c. <u>Witnesses</u>: The parties must file their respective witness lists on August 25, 2016.

    d. <u>Exhibits</u>: The parties must file their respective exhibit lists on August 25, 2016.

    e. <u>Proposed Jury Instructions, Voir Dire, Verdict Form</u>: The parties must file their respective proposed jury instructions, proposed verdict forms, and proposed voir dire by August 25, 2016.

    f. <u>Trial Confirmation Hearing</u>: The Trial Confirmation and Motions in Limine Hearing shall be continued to September 8, 2016, at 10:00 a.m. in Courtroom 7.

    g. <u>Trial Briefs</u>: The parties shall file their respective trial briefs on September 12, 2016.

    5. All other dates and deadlines set forth in the Final Pretrial Order remain unchanged.

**IT IS SO ORDERED.**

Dated: August 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE