UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00399-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, a.k.a. Draco John Flama, | |
| Defendant. | |

The Court is in receipt of Defendant's Motion for Recusal. ECF No. 245. The Motion is DENIED.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1