UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JESSE DAVENPORT, aka Draco John Flama,<br><br>          Defendant. | No.  2:13-CR-00399-MCE-1<br><br><br>**ORDER** |
|---|---|

      The Court is in receipt of Defendant's Motion for Extension of Time to file an opposition to the Government's Motion to Continue Sentencing.  EFC No. 264.  Defendant requested a three-week extension in which to file objections to the continuance of his January 5, 2017, sentencing.  Defendant' request was not docketed until January 3, 2017, at which time it was already clear to the Court that sentencing would have been premature.  No presentence report had yet been issued, and the parties thus had not been given time to review and respond to the Probation Officer's assessment of the case.  As such, continuance of the sentencing was inevitable with or without Defendant's input.

///

///

///

1

That said, Defendant's request for an extension of time to respond is nonetheless GRANTED to the extent Defendant has additional arguments he would like to put on the record. The Court will address any open questions at the continued March 2, 2017, hearing.

IT IS SO ORDERED.

Dated: January 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE