PHILLIP A. TALBERT
United States Attorney
ANDRE M. ESPINOSA
TIMOTHY H. DELGADO
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSE DAVENPORT,<br><br>  Defendant. | 2:13-CR-00399-MCE<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about June 7, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Jesse Davenport forfeiting to the United States the following property:

  a. One LG cell phone, model VM-670, serial number 105KPCA0657859[1].

AND WHEREAS, beginning on February 23, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for

---

[1] The incorrect cell phone was identified in the original Application for Final Order of Forfeiture and proposed Final Order of Forfeiture, filed on April 28, 2017. The correct cell phone was identified in the Preliminary Order of Forfeiture.

1

Final Order of Forfeiture

any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jesse Davenport.

  2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

  3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

  IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE