UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00399-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JESSE DAVENPORT, aka Draco John Flama, | |
| Defendant. | |

The Court is in receipt of Defendant's Faretta Motion and Request for Supplementary Services. EFC No. 330. That request appears to have reached the Clerk's Office for filing on October 9, 2019, but did not reach the Court until after the hearing held on this matter on October 10, 2019. At that hearing, Defendant reiterated he wished to proceed with appointed counsel. Accordingly, that Request (ECF No. 330) is DENIED as moot.

IT IS SO ORDERED.

Dated: October 15, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1