UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE DAVENPORT, aka Draco John Flama,<br><br>Defendant. | No. 2:13-CR-00399-MCE-1<br><br><br><br>**ORDER** |

The Court is in receipt of Defendant's Objection to Order at CR 379 and Motion for Recusal.  ECF No. 382.  Defendant contends that the footnote at page 2 of this Court's Order denying his request to continue sentencing "contains false allegations and unsupported and inflammatory conclusions based solely on the accusations of the former prosecutor in my case that he made more than five years ago." ECF No. 382 at 1.  According to Defendant, "[t]he court has blindly accepted everything that the former prosecutor has said and has never once paused to listen to [him] or require [the prosecutor] to prove his multiple false allegations," such that now recusal is warranted.

The Court is aware that Defendant has demonstrated significant animosity toward former Government counsel, Andre Espinosa, in the past.  See, e.g., ECF No. 269, at 3:17 ("Andre, your desperation is showing"); id. at 10:9 ("Shut up, Andre.").  The Court has also been in the unique position to witness Defendant's body language when

interacting with Mr. Espinosa over the years, and his hostility was clear in open court, even to the extent it does not necessarily translate well into a written record. See ECF No. 269. However, as the record does make clear, the Court's finding that Defendant has inefficiently used his law library time in the past is wholly divorced from anything to do with the Government and is based on communications directly from the jail to the Court and Defendant's own admissions. See ECF No. 159-1, attached hereto as Exhibit A; ECF No. 249 at 2:9-3:4, attached hereto as Exhibit B.

To the extent Defendant is still arguing that he lacks time to prepare for re-sentencing and that the Court has blindly relied on the Government's assertions to find to the contrary, his argument is belied by the fact that he has been able to prepare and file extensive formal objections, a sentencing memorandum, exhibits, a motion to continue, a motion to strike the Government's sentencing memorandum, and now a motion to recuse. Moreover, as the Court indicated previously in its Order at ECF No. 379, nothing material has changed in this case for years and Defendant has had an extraordinary time to prepare for a second sentencing hearing. There is simply no reason for a further continuance.

Accordingly, Defendant's Objection to this Court's Order is OVERRULED, and his Motion for Recusal (ECF No. 382) is DENIED.

IT IS SO ORDERED.

Dated: March 31, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE