PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-0399 MCE |
|---|---|
| Plaintiff, | **ORDER GRANTING THE UNITED STATES' MOTION TO SEAL DOCKET ENTRY 381** |
| v. | DATE: April 1, 2021 |
| JESSE DAVENPORT,  A/K/A DRACO JOHN FLAMA, | TIME: 9:00 a.m. |
|  | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

    This matter is before the Court on the motion by the United States to seal Docket Entry 381, that was filed on March 30, 2021, by defendant Jesse Davenport, a/k/a Draco John Flama ("defendant"), with an exhibit that identifies, by full name, the minor victim in this case, as well as and "any information concerning" the minor victim that could be used to identify the minor victim.  In addition, another exhibit filed with Docket Entry 381 contains and "any information concerning" the minor victim of a prior crime of the co-defendant.  The Court finds that:

    1. Federal Rule of Criminal Procedure 49.1(a)(2) requires any party in an action in this Court to refer to "the name of an individual known to be a minor" by the minor's initials only. Likewise, Local Rule 140(a)(i) requires that reference to all minors in criminal actions be by the minors' initials only.

    2. Title 18, United States Code, Section 3509(d)(2) provides for the filing under seal of "the name of or any other information concerning a child."

3. In a March 30, 2021 filing captioned: "EXHIBITS TO SENTENCING MEMORANDUM," (Doc. 381), defendant included an exhibit that contains the full name of the minor victim in this case, as well as "any information concerning" the minor victim that could be used to identify the minor victim.

4. In Document 381, the defendant included an exhibit that contains "any information concerning" the minor victim in his co-defendant's prior case, where such information could be used to identify the minor victim.

5. This Court is authorized to seal documents upon the showing required by applicable law. See Local Rule 141(a) of the Local Rules of the United States District Court for the Eastern District of California; 18 U.S.C. § 3509(d)(2).

6. On March 31, 2021, the defendant made an amended filing (Doc. 383) that appears to have redacted the information at issue.

Based on the above, the Court also finds that sealing of Docket Entry 381 is appropriate to avoid injury to the minor victim in this case, as well as the minor victim in the co-defendant's prior criminal case, and to protect the minor victims' privacy and comply with federal law and other authority.

**ACCORDINGLY**, and for good cause shown, it is hereby

**ORDERED** that, the United States' Motion to Seal Docket Entry 381 is **GRANTED**; and it is further,

**ORDERED** that, Docket Entry 381 shall be permanently sealed, subject only to a motion to unseal, and finding of good cause, pursuant to Local Rule 141(f); and it is further,

**ORDERED** that, Defendant shall refrain from identifying any victims of his convictions or any alleged victims in the matter currently pending before this Court unless such identification is in strict compliance with Federal Rule of Criminal Procedure 49.1(a)(2);  and it is further,

**ORDERED** that, defendant's Court-appointed paralegal, standby counsel, and staff for standby counsel shall review any filings by defendant, before they are filed, to ensure compliance with Federal

Rule of Criminal Procedure 49.1(a)(2), and certify such compliance in writing as previously ordered by the Court in Document 147.

IT SO ORDERED.

Dated: April 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE