PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE EARL DAVENPORT, <br><br> Defendant. | CASE NO. 2:13-CR-00399-MCE-CKD <br><br> [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On May 15, 2024, the Government requested an extension of time to July 18, 2024, to file its response to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255. Docket No. 404.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due July 18, 2024. Movant's reply, if any, is due within 30 days from the date the respondent's answer is filed.

Dated: May 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1