UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVENPORT, also known as DRACO JOHN FLAMA,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No.  2:13-cr-00399-MCE-CKD-1<br><br><br><br>ORDER |

Movant is a federal inmate proceeding pro se and in forma pauperis in this post-conviction action filed pursuant to 28 U.S.C. § 2255.  Currently pending before the court are movant's amended motion to vacate or reduce his sentence and his motion for an extension of time to file a reply to respondent's opposition.  ECF Nos. 412, 414.  The court will address each motion in turn.

A review of the docket indicates that respondent filed its answer to movant's § 2255 motion on July 18, 2024.  ECF No. 410.  Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party.  See Fed. R. Civ. P. 15(a)(2).[1]  Even using the prison mailbox rule, the amended § 2255 motion was not filed until

---

[1] The Rules of Civil Procedure are applicable to this post-conviction action based on Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts.  "The

1

July 19, 2024.  See Houston v. Lack, 487 U.S. 266 (1988) (establishing the prison mailbox rule).  Because movant did not file a motion to amend or a stipulation signed by respondent, the amended § 2255 motion is stricken from the docket.  This action will proceed on the original § 2255 motion filed on April 3, 2024.[2]  ECF No. 404.

Also pending before the court is movant's motion for an extension of time to file a reply to respondent's answer.  ECF No. 414.  For good cause shown the court will grant movant's request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's amended § 2255 motion (ECF No. 412) is stricken from the docket as filed in violation of Rule 15 of the Federal Rules of Civil Procedure.

2. Movant's motion for an extension of time (ECF No. 414) is granted.

3. Movant may file a reply to respondent's opposition no later than October 14, 2024.

4. This matter will be deemed submitted on the papers following the expiration of this deadline.  The parties are directed to file no further pleadings in this matter after the § 2255 motion has been taken under submission.

Dated:  September 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/dave0399.2255.36+mta

---

Federal Rules of Civil Procedure…, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."

[2] Rule 2(b)(1) of the Rules Governing Section 2255 Proceedings for the United States District Courts requires that a § 2255 motion "specify all the grounds for relief available to the moving party…."

2