UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVENPORT, also known as, DRACO JOHN FLAMA,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:13-cr-0399-MCE-CKD-1<br><br>ORDER |

Movant is a federal inmate proceeding pro se and in forma pauperis in this post-conviction action filed pursuant to 28 U.S.C. § 2255. Currently pending before the court is movant's motion for the appointment of counsel. ECF No. 416. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See, e.g., Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Liberally construing movant's motion, he also requests an additional extension of time to file his reply to respondent's opposition to his § 2255 motion. For good cause shown, the court will extend the deadline for movant to file a reply to November 13, 2024 by 30 days.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Movant's motion for the appointment of counsel (ECF No. 416) is denied without prejudice.

     2. The court sua sponte grants movant one last extension of time to file a reply to respondent's opposition. Movant's reply is due by November 13, 2024.

     3. Movant's § 2255 motion will be submitted on the papers following the expiration of this deadline. The parties are directed not to file any additional pleadings or briefs unless directed to do so by the court while the matter is taken under submission.

Dated:  October 1, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/flam0399.207+36(2)

2